# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2020

160302

COREY GLENN WASHINGTON,
      Plaintiff-Appellee,

v

MAUREEN MARGARET OESTERLING,
      Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160302
COA: 348074
Ingham CC: 17-000962-DP

      On order of the Court, the application for leave to appeal the August 14, 2019, order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2020



a0622

Clerk